AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Karas, Kenneth M. | US District Court -- SDNY | 10/18/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge -- Active | ☐ Nomination Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☑ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

300 Quarropas Street, Room 533
White Plains, NY 10601

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trustee #1 |
| 2. | Member, Board of Directors | National Association of Urban Debate Leagues |
| 3. | Member, Board of Directors | Little League |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Karas, Kenneth M. | 10/18/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Davis, Polk & Wardwell -- Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Karas, Kenneth M. | 10/18/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JFCU | A | Interest | J | T | | | | | |
| 2. Citibank Savings Account | A | Interest | J | T | | | | | |
| 3. Citibank Checking Account | A | Interest | M | T | | | | | |
| 4. HR-10 Spartan 500 Index | D | Dividend | N | T | Buy (add'l) | 10/26/16 | L | | |
| 5. | | | | | Buy (add'l) | 12/29/16 | K | | |
| 6. HR-10 Fidelity Retirement Money Market | A | Interest | J | T | | | | | |
| 7. 401K Spartan 500 Index | D | Dividend | N | T | Buy (add'l) | 12/29/16 | J | | |
| 8. 401K Fidelity Retirement Money Market | A | Interest | J | T | | | | | |
| 9. E*Trade Sweep Account | A | Interest | J | T | | | | | |
| 10. NY 529 Vanguard Agressive Fund (no control) | | None | L | T | | | | | |
| 11. NY 529 Vanguard Aggressive Fund (no control) | | None | L | T | | | | | |
| 12. Citibank IRA | A | Interest | J | T | | | | | |
| 13. Citibank IRA | A | Interest | J | T | | | | | |
| 14. HR-10 SPDR S&P MidCap 400 ETF TR | B | Dividend | L | T | Sold (part) | 02/12/16 | K | | |
| 15. HR-10 SPRTN Total Market Index Fund | C | Dividend | N | T | Buy (add'l) | 01/25/16 | L | | |
| 16. | | | | | Buy (add'l) | 09/14/16 | L | | |
| 17. | | | | | Buy (add'l) | 12/20/16 | M | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Karas, Kenneth M. | 10/18/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. HR-10 Tweedy Browne Global Value Fund | A | Dividend | | | Sold | 01/14/16 | K | | |
| 19. HR-10 Fidelity Low Priced Stock Fund | B | Dividend | K | T | | | | | |
| 20. HR-10 Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 21. 401K SPRTN Total Market Index Fund | C | Dividend | M | T | Buy | 09/14/16 | K | | |
| 22. 401K BlackRock Global Allocation Fund | C | Dividend | L | T | Buy (add'l) | 09/14/16 | K | | |
| 23. 401K Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 24. IRA Fidelity Low Priced Stock Fund | A | Dividend | J | T | Buy (add'l) | 01/25/16 | J | | |
| 25. IRA Blackrock Global Allocation Fund | A | Dividend | J | T | | | | | |
| 26. IRA Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 27. IRA Fidelity Low Priced Stock Fund | A | Dividend | J | T | | | | | |
| 28. IRA Blackrock Global Allocation Fund | A | Dividend | J | T | | | | | |
| 29. IRA Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 30. IRA Fidelity Contrafund | A | Dividend | J | T | | | | | |
| 31. IRA Fidelity Contrafund | A | Dividend | J | T | | | | | |
| 32. SPDR S&P Midcap 400 ETF | A | Dividend | L | T | Sold (part) | 02/12/16 | K | | |
| 33. Fidelity ContraFund | D | Dividend | M | T | Buy (add'l) | 01/25/16 | L | | |
| 34. | | | | | Buy (add'l) | 09/14/16 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Karas, Kenneth M. | 10/18/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Low Priced Stock Fund | D | Dividend | M | T | Buy (add'l) | 01/25/16 | K | | |
| 36. | | | | | Buy (add'l) | 09/14/16 | K | | |
| 37. BBH Core Select Fund | E | Dividend | M | T | Buy (add'l) | 09/14/16 | K | | |
| 38. Baron Growth Fund | A | Dividend | | | Sold | 01/12/16 | L | | |
| 39. BlackRock Global Allocation Fund | C | Dividend | L | T | | | | | |
| 40. BlackRock Strategic Muni Opportunities | E | Dividend | O | T | Buy (add'l) | 05/20/16 | L | | |
| 41. | | | | | Buy (add'l) | 08/25/16 | K | | |
| 42. | | | | | Buy (add'l) | 10/12/16 | J | | |
| 43. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 44. Deutsche Intermediate Tax/AMT Free Fund | D | Dividend | O | T | Buy (add'l) | 02/25/16 | M | | |
| 45. | | | | | Buy (add'l) | 05/20/16 | K | | |
| 46. | | | | | Buy (add'l) | 08/12/16 | L | | |
| 47. | | | | | Buy (add'l) | 08/25/16 | L | | |
| 48. | | | | | Buy (add'l) | 10/12/16 | J | | |
| 49. Tweedy Brown Global Value Fund | A | Dividend | | | Sold | 01/14/16 | M | | |
| 50. Vanguard Intermediate Tax Exempt Admiral | D | Dividend | N | T | Buy (add'l) | 02/25/16 | M | | |
| 51. | | | | | Buy (add'l) | 10/12/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Karas, Kenneth M. | 10/18/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fidelity Spartan Total Index | A | Dividend | K | T | | | | | |
| 53. Morgan Stanley Long/Short Fund A | D | Dividend | M | T | | | | | |
| 54. Fidelity Municipal Money Market | A | Interest | J | T | Distributed (part) | 02/09/16 | N | | |
| 55. Fidelity Treasury Money Market | A | Interest | N | T | Spinoff (from line 54) | 02/09/16 | N | | |
| 56. Glenmede Large Cap Core | B | Dividend | M | T | Buy | 01/14/16 | L | | |
| 57. | | | | | Buy (add'l) | 08/25/16 | K | | |
| 58. BlackRock Nat'l Muni-Fund | C | Dividend | | | Buy | 04/22/16 | M | | |
| 59. | | | | | Buy (add'l) | 10/12/16 | K | | |
| 60. | | | | | Sold | 12/19/16 | M | | |
| 61. Deutsche Managed Muni Bond Fund | C | Dividend | | | Buy | 04/22/16 | M | | |
| 62. | | | | | Buy (add'l) | 10/12/16 | K | | |
| 63. | | | | | Sold | 12/19/16 | M | | |
| 64. WisdomTree Europe Hedge Equity ETF | A | Dividend | | | Buy | 01/15/16 | K | | |
| 65. | | | | | Sold | 02/12/16 | K | | |
| 66. Deutsche X-Trackers MSCI Europe Hedge ETF | A | Dividend | | | Buy | 01/15/16 | K | | |
| 67. | | | | | Sold | 02/12/16 | K | | |
| 68. 401(k) Glenmede Large Cap Core | A | Dividend | K | T | Buy | 02/12/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Karas, Kenneth M. | 10/18/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. HR-10 BBH Core Select Fund | C | Dividend | L | T | Buy | 02/12/16 | L | | |
| 70. HR-10 Glenmede Large Cap Core | A | Dividend | M | T | Buy | 01/13/16 | K | | |
| 71. | | | | | Buy (add'l) | 08/25/16 | L | | |
| 72. HR-10 WisdomTree Europe Hedged Equite ETF | A | Dividend | | | Buy | 01/15/16 | J | | |
| 73. | | | | | Sold | 02/12/16 | J | | |
| 74. HR-10 Deutsche X-Trackers MSCI Europe Hedged ETF | A | Dividend | | | Buy | 01/15/16 | J | | |
| 75. | | | | | Sold | 02/12/16 | J | | |
| 76. 401(k) Fidelity Contrafund | A | Dividend | J | T | | | | | |
| 77. HR-10 Fidelity Contrafund | B | Dividend | K | T | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Trust discussed in Part I is a non-funded insurance trust for a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. However, neither trust confers any current benefits or income and only is triggered upon or ▮▮▮▮ member's demise.

Also, a correction should be made to last year's report. In rows 6 and 23 in the Investments Section, there were duplicate entries for the 401(k) Spartan 500 Index Fund. This year's report makes the correction by merging those entries into row 7.

Finally, there should be another change made to last year's report (2015). In this year's report, at lines 76 and 77, there is a report for "401(k) Fidelity Contrafund" and "HR-10 Fidelity Contrafund." Neither asset was listed in last year's report, but each should have been. The "401(k) Fidelity Contrafund" was purchased on 2/19/15 at the "J" value, and the "HR-10 Fidelity Contrafund" was purchased on 1/30/15 at the "K" value and another purchase was made on 2/19/15 at the "J" value.

| Name of Person Reporting | Date of Report |
|---|---|
| Karas, Kenneth M. | 10/18/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kenneth M. Karas**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544